JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BRUNO SCHUSCHNY,

                Defendant.

- - - - - - - - - - - - - - - - - - x

Indictment

07 Cr.

07CRIM 372

MAY 01 2007

## COUNT ONE

The Grand Jury charges:

1. From at least on or about August 6, 2006, up to and including on or about August 25, 2006, in the Southern District of New York and elsewhere, BRUNO SCHUSCHNY, the defendant, unlawfully, willfully, and knowingly, with intent to defraud, would and did falsely make, forge, counterfeit, and alter obligations and other securities of the United States, to wit, the defendant took genuine notes of U.S. currency and copied the notes to make counterfeit notes of U.S. currency.

(Title 18, United States Code, Section 471.)

## COUNT TWO

The Grand Jury Further charges:

2. From at least on or about August 6, 2006, up to and including on or about August 25, 2006, in the Southern District of New York and elsewhere, BRUNO SCHUSCHNY, the defendant, unlawfully, willfully, and knowingly, with intent to defraud, would and did pass, utter, publish, and sell, a falsely

made, forged, counterfeited, and altered obligation and other security of the United States, to wit, the defendant attempted to pass counterfeit notes of U.S. currency.

(Title 18, United States Code, Section 472.)

_____
Foreperson

_____
MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

BRUNO SCHUSCHNY,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 471, 472)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

5/1/07 Filed Indictment.
A/W issued. Case assigned
to Judge Sand.
S/Mag. Judge Katz