USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :

BRUNO SCHUSCHNY,                  :

        Defendant.            :

- - - - - - - - - - - - - - - - x

ORDER

07 Cr. 372 (LBS)

      Upon the application of the United States of America,
by and through Assistant United States Attorney Todd Blanche, and
with the consent of the defendant, BRUNO SCHUSCHNY, by and
through his counsel, Philip L. Weinstein, Esq., it is hereby
ORDERED that the time between July 3, 2007 and the date of the
next scheduled conference, Sept. 4, 2007, is excluded for
purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in
the interests of justice.  The ends of justice served by such
continuance outweigh the interest of the public and the defendant
in a speedy trial because it will allow counsel to, among other
things, review discovery and consider a possible disposition to
this case.

      SO ORDERED.

Dated:    July 3, 2007
       New York, New York


                             Hon. Leonard B. Sand
                             United States District Judge