```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-05-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :     ORDER

BRUNO SCHUSCHNY,                  :     07 Cr. 372 (LBS)

        Defendant.              :

- - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by and through Assistant United States Attorney Todd Blanche, and with the consent of the defendant, BRUNO SCHUSCHNY, by and through his counsel, Philip L. Weinstein, Esq., it is hereby ORDERED that the time between September 4, 2007, and the date of the next scheduled conference, 10/16/07 - 4:30 pm, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to, among other things, review discovery and consider a possible disposition to this case.

        SO ORDERED.

Dated:    September 4, 2007
            New York, New York

                                          _____
                                          Hon. Leonard B. Sand
                                          United States District Judge