

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2007

**By Hand**

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, 1650
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-05-07
```

    Re:   United States v. Bruno Schuschny,
           07 Cr. 372 (LBS)

Dear Judge Sand:

       The next pre-trial conference in this case is scheduled for Tuesday, September 4, 2007, at 4:30 p.m. As Your Honor is aware, the defendant has been indicted in the Northern District of New York (the "N.D.N.Y.") for charges unrelated to the offense charged in the above-referenced indictment. The defendant has appeared in the N.D.N.Y., and he and his counsel in the N.D.N.Y. are still reviewing discovery related to that case. The Government has also been discussing with the defendant's counsel the possibility of a pre-trial disposition to all of the defendant's pending charges.

       I have conferred with Philip L. Weinstein, Esq., counsel for defendant, and the parties jointly request that the pre-trial conference scheduled for September 4, 2007, be adjourned approximately thirty days to allow the defendant to continue to meet and confer with his N.D.N.Y. counsel to consider a possible disposition to his pending cases.

       If Your Honor grants the parties' request, then the Government respectfully requests that the Court exclude time from September 4, 2007, until the date set by the Court for the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to review discovery, and allow the parties to

**MEMO ENDORSED**

Hon. Leonard B. Sand
August 30, 2007
Page 2

consider a possible pre-trial disposition. Defense counsel consents to this request for the exclusion of time. A proposed order is attached.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2937 (facsimile)

cc: Philip L. Weinstein, Esq.
    Attorney for Defendant

Endorsement
Adjourned for October 16, 2007 at 4:30pm

So ordered
Sand
USDJ
9/14/07

**MEMO ENDORSED**