UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :      ORDER

    -v.-                        :      07 Cr. 372 (LBS)

BRUNO SCHUSCHNY,                :

        Defendant.              :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07

    Upon the application of the United States of America, by and through Assistant United States Attorney Todd Blanche, and with the consent of the defendant, BRUNO SCHUSCHNY, by and through his counsel, Philip L. Weinstein, Esq., it is hereby ORDERED that the time between October 16, 2007, and the date of the next scheduled conference, Nov. 19, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to, among other things, review a possible disposition to this case.

    SO ORDERED.

Dated:    October 15, 2007
           New York, New York

                                      Hon. Leonard B. Sand
                                      United States District Judge